1536

*Thursday, May 24, 2001*

## MOTION DOCKET

**01–678. State ex rel. White v. Mack.**
Allen App. No. CA010009. This cause is pending before the court as an appeal from the Court of Appeals for Allen County. On May 4, 2001, the record in this case was filed with the Clerk's Office. The Clerk inadvertently sent the notice of the filing of the record required by S.Ct.Prac.R. V(3)(B) to appellant at an incorrect address. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellant's brief shall be due within forty days of the date of this order.